IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION



IN THE MATTER OF THE SEARCH OF: ) NO. 4:15-mj-1017
)
1397 WESTPOINT DRIVE APARTMENT 13, )
GREENVILLE, N.C. )
)
)
)
)

## ORDER SEALING SEARCH AND SEIZURE WARRANT AND AFFIDAVIT AND APPLICATION

UPON MOTION of the United States of America, by and through Thomas Walker, United States Attorney for the Eastern District of North Carolina, for an Order directing that the Search and Seizure Warrant and Affidavit and Application, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Search and Seizure Warrant and Affidavit and Application, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 17th day of March, 2015.

KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE