IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>**1397 WESTPOINT DRIVE APARTMENT 13, GREENVILLE, N.C**. | ) NO. 4:15-MJ-1017<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER TO UNSEAL**

UPON MOTION of the United States of America, by and through Thomas Walker, United States Attorney for the Eastern District of North Carolina, for an Order directing that the Search and Seizure Warrant and Affidavit and Application, the Motion to Seal and Order to Seal, all filed on March 17, 2015, be unsealed, to allow the Government to fulfill its discovery obligations,

**IT IS HEREBY ORDERED** that the Search and Seizure Warrant and Affidavit and Application, the Motion to Seal and Order to Seal, all filed on March 17, 201, be unsealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the  19  day of June, 2015.

_____
KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE